| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br><br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** LOS ANGELES DIVISION

| In re:<br><br>**Matthew Richard Hernandez**<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br><br>CHAPTER: **7** |
|---|---|
| | **DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF<br>THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1.   ☑   I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑   **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐   **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:   06/23/2026   Matthew Richard Hernandez
                Printed name of Debtor 1                           Signature of Debtor 1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                        Page 1                                        **F 1002-1.EMP.INCOME.DEC**

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2.  ☐  I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐  **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐  **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                                          Printed name of Debtor 2                              Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Lewis Management Corp.
1156 N Mountain Ave
UPLAND, CA 91786
909-579-5127

| Pay Statement | |
|---|---|
| Period Start Date | 05/31/2026 |
| Period End Date | 06/13/2026 |
| Pay Date | 06/18/2026 |
| Document | 250484153 |
| **Net Pay** | **$1,571.80** |

## Pay Details

**Matthew R Hernandez**
2088 E Washington Blvd
Pasadena, CA 91104
USA

| | | | |
|---|---|---|---|
| Employee Number | 408097 | Pay Group | Bi-Weekly |
| SSN | XXX-XX-XXXX | Location | Terra Vista 550 |
| Job | Lead Groundskeeper-Res | Region | SOCAL - Southern California |
| Pay Rate | $25.6829 | Department | 12522 - Terra Vista 550 Alloc |
| Pay Frequency | Biweekly | Generic Jobs | RPMGKR - RPM Groundskeeper |

### Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Cell Phone | | | 0.000000 | $0.0000 | $0.00 | $360.00 |
| Coefficient OT | 1 | Lead Groundskeeper-Res | 0.283333 | $12.8415 | $3.63 | |
| Coefficient OT | 2 | Lead Groundskeeper-Res | 3.133333 | $12.8415 | $40.24 | $443.02 |
| Holiday | | | 0.000000 | $0.0000 | $0.00 | $1,073.98 |
| Overtime | 1 | Lead Groundskeeper-Res | 0.283333 | $25.6829 | $7.27 | |
| Overtime | 2 | Lead Groundskeeper-Res | 3.133333 | $25.6829 | $80.47 | $885.98 |
| Paid Time Off | | | 0.000000 | $0.0000 | $0.00 | $1,602.04 |
| Regular Pay | 1 | Lead Groundskeeper-Res | 40.000000 | $25.6829 | $1,027.30 | |
| Regular Pay | 2 | Lead Groundskeeper-Res | 40.000000 | $25.6829 | $1,027.30 | $23,792.96 |

**Total Hours**  83.416666

### Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Roth | No | $109.31 | $1,389.90 | $0.00 | $0.00 |
| Criticl Illness | No | $1.20 | $14.40 | $0.00 | $0.00 |
| Dental | Yes | $27.70 | $332.40 | $2.45 | $29.40 |
| LTD | No | $7.74 | $92.88 | $0.00 | $0.00 |
| Medical | Yes | $56.00 | $672.00 | $321.46 | $3,857.52 |
| 401K Match | Yes | $0.00 | $0.00 | $87.45 | $1,111.92 |
| Basic EE Life | No | $0.00 | $0.00 | $1.10 | $13.20 |

### Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $168.46 | $2,125.22 |
| Employee Medicare | $30.49 | $388.51 |
| Social Security Employee Tax | $130.35 | $1,661.20 |
| CA State Income Tax | $55.82 | $690.13 |
| CA Disability Employee | $27.34 | $348.32 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| PTO | 6.1667 | 134.0833 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx2015 | Checking | $1,571.80 |
| Total | | $1,571.80 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,186.21 | $2,102.51 | $412.46 | $201.95 | **$1,571.80** |
| YTD | $28,157.98 | $26,793.58 | $5,213.38 | $2,501.58 | $20,443.02 |

Lewis Management Corp.
1156 N Mountain Ave
UPLAND, CA 91786
909-579-5127

| Pay Statement | |
| --- | --- |
| Period Start Date | 05/17/2026 |
| Period End Date | 05/30/2026 |
| Pay Date | 06/05/2026 |
| Document | 247650887 |
| **Net Pay** | **$1,558.64** |

## Pay Details

**Matthew R Hernandez**
2088 E Washington Blvd
Pasadena, CA 91104
USA

| | | | |
| --- | --- | --- | --- |
| Employee Number | 408097 | Pay Group | Bi-Weekly |
| SSN | XXX-XX-XXXX | Location | Terra Vista 550 |
| Job | Lead Groundskeeper-Res | Region | SOCAL - Southern California |
| Pay Rate | $25.6829 | Department | 12522 - Terra Vista 550 Alloc |
| Pay Frequency | Biweekly | Generic Jobs | RPMGKR - RPM Groundskeeper |

### Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
| --- | --- | --- | --- | --- | --- | --- |
| Cell Phone | 2 | Lead Groundskeeper-Res | | | $60.00 | $360.00 |
| Coefficient OT | 1 | Lead Groundskeeper-Res | 0.566666 | $12.8415 | $7.28 | |
| Coefficient OT | 2 | Lead Groundskeeper-Res | 0.033333 | $12.8414 | $0.43 | $399.15 |
| Holiday | 2 | Lead Groundskeeper-Res | 8.000000 | $25.6829 | $205.46 | $1,073.98 |
| Overtime | 1 | Lead Groundskeeper-Res | 0.566666 | $25.6829 | $14.56 | |
| Overtime | 2 | Lead Groundskeeper-Res | 0.033333 | $25.6829 | $0.86 | $798.24 |
| Paid Time Off | | | 0.000000 | $0.0000 | $0.00 | $1,602.04 |
| Regular Pay | 1 | Lead Groundskeeper-Res | 40.000000 | $25.6829 | $1,027.30 | |
| Regular Pay | 2 | Lead Groundskeeper-Res | 32.000000 | $25.6829 | $821.84 | $21,738.36 |

**Total Hours**  80.599999

### Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
| --- | --- | --- | --- | --- | --- |
| 401K Roth | No | $103.89 | $1,280.59 | $0.00 | $0.00 |
| Criticl Illness | No | $1.20 | $13.20 | $0.00 | $0.00 |
| Dental | Yes | $27.70 | $304.70 | $2.45 | $26.95 |
| LTD | No | $7.74 | $85.14 | $0.00 | $0.00 |
| Medical | Yes | $56.00 | $616.00 | $321.46 | $3,536.06 |
| 401K Match | Yes | $0.00 | $0.00 | $83.11 | $1,024.47 |
| Basic EE Life | No | $0.00 | $0.00 | $1.10 | $12.10 |

### Taxes

| Tax | Current | YTD |
| --- | --- | --- |
| Federal Income Tax | $155.44 | $1,956.76 |
| Employee Medicare | $28.91 | $358.02 |
| Social Security Employee Tax | $123.63 | $1,530.85 |
| CA State Income Tax | $48.66 | $634.31 |
| CA Disability Employee | $25.92 | $320.98 |

### Paid Time Off

| Plan | Current | Balance |
| --- | --- | --- |
| PTO | 6.1667 | 127.9167 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
| --- | --- | --- |
| xxxxxxxx2015 | Checking | $1,558.64 |
| Total | | $1,558.64 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Current | $2,137.73 | $1,994.03 | $382.56 | $196.53 | **$1,558.64** |
| YTD | $25,971.77 | $24,691.07 | $4,800.92 | $2,299.63 | $18,871.22 |

Lewis Management Corp.
1156 N Mountain Ave
UPLAND, CA 91786
909-579-5127

| Pay Statement | |
| --- | --- |
| Period Start Date | 05/03/2026 |
| Period End Date | 05/16/2026 |
| Pay Date | 05/22/2026 |
| Document | 243208474 |
| **Net Pay** | **$1,541.50** |

## Pay Details

**Matthew R Hernandez**
2088 E Washington Blvd
Pasadena, CA 91104
USA

| | | | | |
| --- | --- | --- | --- | --- |
| Employee Number | 408097 | Pay Group | Bi-Weekly |
| SSN | XXX-XX-XXXX | Location | Terra Vista 550 |
| Job | Lead Groundskeeper-Res | Region | SOCAL - Southern California |
| Pay Rate | $25.6829 | Department | 12522 - Terra Vista 550 Alloc |
| Pay Frequency | Biweekly | Generic Jobs | RPMGKR - RPM Groundskeeper |

### Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
| --- | --- | --- | --- | --- | --- | --- |
| Cell Phone | | | 0.000000 | $0.0000 | $0.00 | $300.00 |
| Coefficient OT | 1 | Lead Groundskeeper-Res | 1.200000 | $12.8415 | $15.41 | |
| Coefficient OT | 2 | Lead Groundskeeper-Res | 1.050000 | $12.8415 | $13.48 | $391.44 |
| Holiday | | | 0.000000 | $0.0000 | $0.00 | $868.52 |
| Overtime | 1 | Lead Groundskeeper-Res | 1.200000 | $25.6829 | $30.82 | |
| Overtime | 2 | Lead Groundskeeper-Res | 1.050000 | $25.6829 | $26.97 | $782.82 |
| Paid Time Off | 2 | Lead Groundskeeper-Res | 8.000000 | $25.6829 | $205.46 | $1,602.04 |
| Regular Pay | 1 | Lead Groundskeeper-Res | 40.000000 | $25.6829 | $1,027.30 | |
| Regular Pay | 2 | Lead Groundskeeper-Res | 32.000000 | $25.6829 | $821.84 | $19,889.22 |

**Total Hours**  82.250000

### Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
| --- | --- | --- | --- | --- | --- |
| 401K Roth | No | $107.06 | $1,176.70 | $0.00 | $0.00 |
| Criticl Illness | No | $1.20 | $12.00 | $0.00 | $0.00 |
| Dental | Yes | $27.70 | $277.00 | $2.45 | $24.50 |
| LTD | No | $7.74 | $77.40 | $0.00 | $0.00 |
| Medical | Yes | $56.00 | $560.00 | $321.46 | $3,214.60 |
| 401K Match | Yes | $0.00 | $0.00 | $85.65 | $941.36 |
| Basic EE Life | No | $0.00 | $0.00 | $1.10 | $11.00 |

### Taxes

| Tax | Current | YTD |
| --- | --- | --- |
| Federal Income Tax | $163.06 | $1,801.32 |
| Employee Medicare | $29.84 | $329.11 |
| Social Security Employee Tax | $127.57 | $1,407.22 |
| CA State Income Tax | $52.86 | $585.65 |
| CA Disability Employee | $26.75 | $295.06 |

### Paid Time Off

| Plan | Current | Balance |
| --- | --- | --- |
| PTO | 6.1667 | 121.7500 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
| --- | --- | --- |
| xxxxxxxx2015 | Checking | $1,541.50 |
| Total | | $1,541.50 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Current | $2,141.28 | $2,057.58 | $400.08 | $199.70 | **$1,541.50** |
| YTD | $23,834.04 | $22,697.04 | $4,418.36 | $2,103.10 | $17,312.58 |

Lewis Management Corp.
1156 N Mountain Ave
UPLAND, CA 91786
909-579-5127

| Pay Statement | |
| --- | --- |
| Period Start Date | 04/19/2026 |
| Period End Date | 05/02/2026 |
| Pay Date | 05/08/2026 |
| Document | 241954458 |
| **Net Pay** | **$1,581.57** |

## Pay Details

**Matthew R Hernandez**
2088 E Washington Blvd
Pasadena, CA 91104
USA

| | | | |
| --- | --- | --- | --- |
| Employee Number | 408097 | Pay Group | Bi-Weekly |
| SSN | XXX-XX-XXXX | Location | Terra Vista 550 |
| Job | Lead Groundskeeper-Res | Region | SOCAL - Southern California |
| Pay Rate | $25.6829 | Department | 12522 - Terra Vista 550 Alloc |
| Pay Frequency | Biweekly | Generic Jobs | RPMGKR - RPM Groundskeeper |

### Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
| --- | --- | --- | --- | --- | --- | --- |
| Cell Phone | 2 | Lead Groundskeeper-Res | | | $60.00 | $300.00 |
| Coefficient OT | 1 | Lead Groundskeeper-Res | 0.733334 | $12.8415 | $9.42 | |
| Coefficient OT | 2 | Lead Groundskeeper-Res | 0.750000 | $12.8415 | $9.62 | $362.55 |
| Holiday | | | 0.000000 | $0.0000 | $0.00 | $868.52 |
| Overtime | 1 | Lead Groundskeeper-Res | 0.733334 | $25.6829 | $18.83 | |
| Overtime | 2 | Lead Groundskeeper-Res | 0.750000 | $25.6829 | $19.26 | $725.03 |
| Paid Time Off | 2 | Lead Groundskeeper-Res | 8.000000 | $25.6829 | $205.46 | $1,396.58 |
| Regular Pay | 1 | Lead Groundskeeper-Res | 40.000000 | $25.6829 | $1,027.30 | |
| Regular Pay | 2 | Lead Groundskeeper-Res | 32.000000 | $25.6829 | $821.84 | $18,040.08 |

**Total Hours** 81.483334

### Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
| --- | --- | --- | --- | --- | --- |
| 401K Roth | No | $105.59 | $1,069.64 | $0.00 | $0.00 |
| Criticl Illness | No | $1.20 | $10.80 | $0.00 | $0.00 |
| Dental | Yes | $27.70 | $249.30 | $2.45 | $22.05 |
| LTD | No | $7.74 | $69.66 | $0.00 | $0.00 |
| Medical | Yes | $56.00 | $504.00 | $321.46 | $2,893.14 |
| 401K Match | Yes | $0.00 | $0.00 | $84.47 | $855.71 |
| Basic EE Life | No | $0.00 | $0.00 | $1.10 | $9.90 |

### Taxes

| Tax | Current | YTD |
| --- | --- | --- |
| Federal Income Tax | $159.52 | $1,638.26 |
| Employee Medicare | $29.40 | $299.27 |
| Social Security Employee Tax | $125.74 | $1,279.65 |
| CA State Income Tax | $50.91 | $532.79 |
| CA Disability Employee | $26.36 | $268.31 |

### Paid Time Off

| Plan | Current | Balance |
| --- | --- | --- |
| PTO | 6.1667 | 123.5833 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
| --- | --- | --- |
| xxxxxxxx2015 | Checking | $1,581.57 |
| Total | | $1,581.57 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Current | $2,171.73 | $2,028.03 | $391.93 | $198.23 | **$1,581.57** |
| YTD | $21,692.76 | $20,639.46 | $4,018.28 | $1,903.40 | $15,771.08 |

Lewis Management Corp.
1156 N Mountain Ave
UPLAND, CA 91786
909-579-5127

| Pay Statement | |
| --- | --- |
| Period Start Date | 04/05/2026 |
| Period End Date | 04/18/2026 |
| Pay Date | 04/24/2026 |
| Document | 240126521 |
| **Net Pay** | **$1,463.14** |

## Pay Details

**Matthew R Hernandez**
2088 E Washington Blvd
Pasadena, CA 91104
USA

| | | | |
| --- | --- | --- | --- |
| Employee Number | 408097 | Pay Group | Bi-Weekly |
| SSN | XXX-XX-XXXX | Location | Terra Vista 550 |
| Job | Lead Groundskeeper-Res | Region | SOCAL - Southern California |
| Pay Rate | $24.8144 | Department | 12522 - Terra Vista 550 Alloc |
| Pay Frequency | Biweekly | Generic Jobs | RPMGKR - RPM Groundskeeper |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
| --- | --- | --- | --- | --- | --- | --- |
| Cell Phone | | | 0.000000 | $0.0000 | $0.00 | $240.00 |
| Coefficient OT | 1 | Lead Groundskeeper-Res | 0.583333 | $12.4072 | $7.24 | |
| Coefficient OT | 2 | Lead Groundskeeper-Res | 0.500000 | $12.4072 | $6.21 | $343.51 |
| Holiday | 1 | Lead Groundskeeper-Res | 3.000000 | $24.8144 | $74.44 | $868.52 |
| Overtime | 1 | Lead Groundskeeper-Res | 0.583333 | $24.8144 | $14.48 | |
| Overtime | 2 | Lead Groundskeeper-Res | 0.500000 | $24.8144 | $12.41 | $686.94 |
| Paid Time Off | 1 | Lead Groundskeeper-Res | 8.000000 | $24.8144 | $198.52 | |
| Paid Time Off | 2 | Lead Groundskeeper-Res | 16.000000 | $24.8144 | $397.04 | $1,191.12 |
| Regular Pay | 1 | Lead Groundskeeper-Res | 28.983333 | $24.8144 | $719.21 | |
| Regular Pay | 2 | Lead Groundskeeper-Res | 24.000000 | $24.8144 | $595.56 | $16,190.94 |

**Total Hours**  81.066666

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
| --- | --- | --- | --- | --- | --- |
| 401K Roth | No | $101.26 | $964.05 | $0.00 | $0.00 |
| Criticl Illness | No | $1.20 | $9.60 | $0.00 | $0.00 |
| Dental | Yes | $27.70 | $221.60 | $2.45 | $19.60 |
| LTD | No | $7.74 | $61.92 | $0.00 | $0.00 |
| Medical | Yes | $56.00 | $448.00 | $321.46 | $2,571.68 |
| 401K Match | Yes | $0.00 | $0.00 | $81.00 | $771.24 |
| Basic EE Life | No | $0.00 | $0.00 | $1.10 | $8.80 |

## Taxes

| Tax | Current | YTD |
| --- | --- | --- |
| Federal Income Tax | $149.12 | $1,478.74 |
| Employee Medicare | $28.15 | $269.87 |
| Social Security Employee Tax | $120.37 | $1,153.91 |
| CA State Income Tax | $45.19 | $481.88 |
| CA Disability Employee | $25.24 | $241.95 |

## Paid Time Off

| Plan | Current | Balance |
| --- | --- | --- |
| PTO | 6.1667 | 125.4167 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
| --- | --- | --- |
| xxxxxxxx2015 | Checking | $1,463.14 |
| Total | | $1,463.14 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Current | $2,025.11 | $1,941.41 | $368.07 | $193.90 | **$1,463.14** |
| YTD | $19,521.03 | $18,611.43 | $3,626.35 | $1,705.17 | $14,189.51 |