United States Bankruptcy Court

Central District of California

In re:                                                                                    Case No. 26-16271-BR

Matthew Richard Hernandez                                                 Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 26, 2026 | Form ID: nacd | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Matthew Richard Hernandez, 2088 E Washington Blvd, Pasadena, CA 91104-1735 |
| 43175846 | | Affirm Inc, Attn Credit Bureau Disputes, Pittsburgh, PA 15212 |
| 43175854 | + | Syncb/Ppcc, PO Box 71746, Philadelphia, PA 19176-1746 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Jun 27 2026 01:20:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Jun 27 2026 01:20:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Jun 27 2026 01:19:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 43175847 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 27 2026 01:23:23 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 43175848 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 27 2026 01:23:22 | Cap One Auto, PO Box 259407, Plano, TX 75025-9407 |
| 43175849 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2026 01:23:14 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 43175850 | + | Email/Text: mrdiscen@discover.com | Jun 27 2026 01:19:00 | Discovercard, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 43175851 | | Email/Text: customerservice.us@klarna.com | Jun 27 2026 01:19:00 | Klarna, 629 N High St Fl 300, Columbus, OH 43215-2929 |
| 43175852 | | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2026 01:20:00 | Midland Credit Management, PO Box 2037, Warren, MI 48090-2037 |
| 43175853 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2026 01:23:26 | Syncb/Ebay, PO Box 71746, Philadelphia, PA 19176-1746 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0973-2                      User: admin                           Page 2 of 2

Date Rcvd: Jun 26, 2026                   Form ID: nacd                        Total Noticed: 13

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Benjamin Heston | on behalf of Debtor Matthew Richard Hernandez bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Wesley H Avery (TR) | wes@averytrustee.com  C117@ecfcbis.com;lucy@averytrustee.com;salma@averytrustee.com |

TOTAL: 3

## United States Bankruptcy Court
## Central District of California

### 255 East Temple Street, Los Angeles, CA 90012

# NOTICE TO AMEND OR CORRECT DEBTOR(S) NAME AND ADDRESS

**DEBTOR(S) INFORMATION:**
Matthew Richard Hernandez
**SSN:** xxx–xx–8463
**EIN:** N/A

2088 E Washington Blvd
Pasadena, CA 91104–1735

**BANKRUPTCY NO.**  2:26–bk–16271–BR
**CHAPTER**  7

The notice previously mailed in this case is hereby amended to correct the above–debtor information.

The automatic stay and other matters referred to in the original notice have not been altered, and continue in full force and effect.

Dated: June 26, 2026

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form nacd rev. 5/96 VAN–81

**7 / LL**