Certificate Number: 14912-CAC-DE-041253321

Bankruptcy Case Number: 26-16271



14912-CAC-DE-041253321

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 27, 2026, at 3:22 o'clock PM EDT, Matthew Hernandez completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   July 27, 2026                          By:     /s/Jai Bhatt

                                               Name:  Jai Bhatt

                                               Title:   Counselor